UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRUPER-WEINMANN,                                    X

                               Case No. 13-CIV 07013 (JSR)

          Plaintiffs,

v.

PARIS BAGUETTE AMERICA, INC.,

          Defendants,
                                                    X

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Paris Baguette America, Inc. in the above-captioned action. I certify that I am admitted to practice in this Court. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       November 11, 2013                TROUTMAN SANDERS LLP

                                                By: _____
                                                    Eric L. Unis
                                                    Troutman Sanders LLP
                                                    The Chrysler Building
                                                    405 Lexington Avenue
                                                    New York, NY 10174
                                                    Phone: (212) 704-6000
                                                    Fax:   (212) 704-6288

                                                    *Counsel for Defendant*