UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORAH CRUPAR-WEINMANN,

                          Plaintiff,

      -against-

PARIS BAGUETTE AMERICA, INC.
d/b/a PARIS BAGUETTE,

                          Defendant.

Civil Action No.:  13-cv-7013-JSR

**Notice of Appearance**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Paris Baguette America, Inc. in the above-captioned action.  I certify that I am admitted to practice in this Court.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       November 18, 2013

                          TROUTMAN SANDERS LLP

                          By:  /s/ Joshua Berman
                              Joshua Berman
                          The Chrysler Building
                          405 Lexington Avenue
                          New York, New York 10174
                          (212) 704-6000

                          *Attorneys for Defendant*
                          *Paris Baguette America, Inc.*