UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORAH CRUPAR-WEINMANN,

                             Plaintiff,

          -against-

PARIS BAGUETTE AMERICA, INC.
d/b/a PARIS BAGUETTE,

                      Defendant.

Civil Action No.:  13-cv-7013-JSR

**RULE 7.1 STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Paris Baguette America, Inc. d/b/a Paris Baguette (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: November 18, 2013
       New York, New York

                      TROUTMAN SANDERS LLP

                      By:  /s/ Joshua Berman
                         Joshua Berman
                      The Chrysler Building
                      405 Lexington Avenue
                      New York, New York 10174
                      (212) 704-6000

                      *Attorneys for Defendant*
                      *Paris Baguette America, Inc.*