UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVORAH CRUPAR-WEINMANN, <br><br> Plaintiff, <br><br> -against- <br><br> PARIS BAGUETTE AMERICA, INC. <br> d/b/a PARIS BAGUETTE, <br><br> Defendant. | Civil Action No.: 13-cv-7013-JSR <br><br> **Notice of Motion** |

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and all prior pleadings and proceedings in this action, defendant Paris Baguette America, Inc. will move this Court before Hon. Jed S. Rakoff, (i) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing with prejudice plaintiff Devorah Crupar-Weinmann's Complaint for failure to state a claim upon which relief may be granted; and (ii) for such other and further relief as may be deemed just and proper.

Plaintiff's Opposition papers are due December 6, 2013. Reply papers are due December 16, 2013. Oral arguments will be heard January 3, 2014 at 4PM.

- 2 -

Dated: November 18, 2013
      New York, New York

                                  TROUTMAN SANDERS LLP

                                  By: _____
                                  Joshua A. Berman
                                  405 Lexington Ave
                                  New York, New York 10174-0700
                                  Tel: (212) 704-6000
                                  Fax: (212) 704-6288
                                  Joshua.Berman@troutmansanders.com
                                  *Attorneys for Defendant*

To:

Frank & Bianco LLP
275 Madison Avenue Suite 801
New York, NY 10016
*Attorneys for Plaintiff*