UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVORAH CRUPAR-WEINMANN,

                        Plaintiff,

-against-

PARIS BAGUETTE AMERICA, INC.
d/b/a PARIS BAGUETTE,

                        Defendant.

Civil Action No.: 13-cv-7013-JSR

Dated: December 16, 2013

## AFFIDAVIT OF DYLAN Y. AHN IN SUPPORT
## OF PARIS BAGUETTE'S MOTION TO DISMISS

Dylan Y. Ahn, being duly sworn, deposes and states as follows:

1. I am the General Manager of Paris Baguette, America Inc. ("Paris Baguette"), the Defendant in this action. I have personal knowledge of the facts set forth in this Affidavit.

2. I have read the Plaintiff's Memorandum of Law In Opposition To Paris Baguette's Motion To Dismiss Complaint. In the Brief, the Plaintiff states that Paris Baguette has issued receipts "over the course of many years at its 30 stores in four states." See Reply Brief, p. 2.

3. That representation is not correct. Paris Baguette currently owns and operates twelve stores in three states, located as follows: (1) Edison, NJ; (2) Fort Lee, NJ; (3) Palisades Park, NJ; (4) Ridgefield, NJ; (5) Francis Lewis Boulevard, Bayside, NY; (6) Northern Boulevard, Bayside, NY; (7) 39th Avenue, Flushing, NY; (8) Northern Boulevard, Flushing, NY; (9) 7th Avenue, Manhattan, NY; (10) 32nd Street, Manhattan, NY; (11) Lexington Avenue, Manhattan, NY; and (12) Elkins Park, PA. There is a thirteenth store, located in Doraville, GA, that is scheduled to open on December 19, 2013.

4.  There are other Paris Baguette stores but they are owned by entities that are not parties to this action.

_____
Dylan Y. Ahn

Sworn to and subscribed before me,
this **16th** day of December 2013

_____
Notary Public

KANGBAE PARK
Commission # 2328964
Notary Public, State of New Jersey
My Commission Expires
May 11, 2015

2