## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**DEVORAH CRUPAR-WEINMANN,**
Individually and on behalf of All Others
Similarly Situated,

            Plaintiff,

        v.

**PARIS BAGUETTE AMERICA, INC. d/b/a
PARIS BAGUETTE,**

            Defendant.

**Case No. 1:13-cv-07013-JSR**

**ECF CASE**

---

## PLAINTIFF DEVORAH CRUPAR-WEINMANN'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 30, 2014 ORDER AND LEAVE TO FILE THE PROPOSED FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all of the prior proceedings had herein, Plaintiff Devorah Crupar-Weinmann ("Plaintiff") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto) granting reconsideration of the Court's June 30, 2014 Order dismissing Plaintiff's Class Action Complaint for Violation of the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq., as amended,* and granting leave to file the proposed First Amended Class Action Complaint, pursuant to Federal Rule of Civil Procedure 59(e) and Rule 6.3 of the Local Civil Rules for the United States District Court for the Southern District of New York, and for such other and further relief as the Court deems just and proper.

DATED: July 14, 2014

Respectfully submitted,

**NABLI & ASSOCIATES, P.C.**

By  /s/ Khaled El Nabli_____
Khaled (Jim) El Nabli
Joseph H. Lilly
Alan J. Harris
Peter Y. Lee
60 East 42nd Street, Suite 1101
New York, New York 10165
(212) 808-0716 Telephone
(212) 808-0719 Facsimile
Jim_ElNabli@NabliLaw.com
JoeLilly@att.net
AlanHarrisEsq@aol.com
Peter.Lee@LeeAdvocates.Com

Marvin L. Frank
Bridget V. Hamill
**FRANK & BIANCO LLP**
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: 212-628-1818
Facsimile: 212-682-1892
mfrank@frankandbianco.com
bhamill@frankandbianco.com

*Plaintiffs' Co-Lead Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 14, 2014, a copy of the foregoing document was filed electronically using the CM/ECF System.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

<u>/s/ Peter Y. Lee                          </u>