## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**DEVORAH CRUPAR-WEINMANN,**
Individually and on behalf of All Others
Similarly Situated,

        Plaintiff,

        v.

**PARIS BAGUETTE AMERICA, INC. d/b/a
PARIS BAGUETTE,**

        Defendant.

**Case No. 1:13-cv-07013-JSR**

**ECF CASE**

---

**[PROPOSED] ORDER ON PLAINTIFF DEVORAH CRUPAR-WEINMANN'S
MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 30, 2014 ORDER
AND LEAVE TO FILE THE PROPOSED FIRST AMENDED COMPLAINT**

Having considered Plaintiffs' Motion for Reconsideration of the Court's June 30, 2014 Order, and the Memorandum of Law in support thereof, and good cause appearing therefor:

Plaintiffs' Motion for Reconsideration is GRANTED. Plaintiffs shall file a First Amended Class Action Complaint within ___ days of entry of this Order.

IT IS SO ORDERED.

DATED: _____       _____
                                      THE HONORABLE JED S. RAKOFF
                                      UNITED STATES DISTRICT JUDGE