IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEVORAH CRUPAR-WEINMANN**, Individually and on behalf of All Others Similarly Situated, | **Civil Action No. 1:13-cv-07013-JSR** |
| Plaintiff, | **ECF Case** |
| v. | |
| **PARIS BAGUETTE AMERICA, INC. d/b/a PARIS BAGUETTE**, | **CLASS ACTION** **NOTICE OF APPEAL** |
| Defendant. | |

Notice is hereby given that Devorah Crupar-Weinmann, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order granting Defendant Paris Baguette America, Inc. d/b/a Paris Baguette's Motion to Dismiss Plaintiff's Complaint (Docket No. 24) entered in this action on June 30, 2014, and the Final Judgment (Docket No. 25) entered in this action on June 30, 2014, and from the Memorandum and Order denying Plaintiff's Motion for Reconsideration (Docket No. 31), entered in this action on September 3, 2014.

DATED: October 1, 2014                                        Respectfully submitted,

**FRANK & BIANCO LLP**

By: /s/ Marvin L. Frank_____
Marvin L. Frank (MF1436)
Bridget V. Hamill (BH0207)
**FRANK & BIANCO LLP**
275 Madison Avenue, Suite 705
New York, New York 10016
Telephone: 212-628-1853
Facsimile: 212-682-1892
mfrank@frankandbianco.com
bhamill@frankandbianco.com

Khaled (Jim) El Nabli
Joseph H. Lilly
Alan J. Harris
Peter Y. Lee
**NABLI & ASSOCIATES, P.C.**
60 East 42nd Street, Suite 1101
New York, New York 10165
(212) 808-0716 Telephone
(212) 808-0719 Facsimile
Jim_ElNabli@NabliLaw.com
JoeLilly@att.net
AlanHarrisEsq@aol.com
Peter.Lee@LeeAdvocates.Com

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 1, 2014, I electronically filed the foregoing document electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                /s/ Marvin L. Frank
                 Marvin L. Frank