UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DEVORAH CRUPER-WEINMANN,                :
individually and on behalf of all others similarly
situated,                               :
                                         INDEX NO.  13 Civ. 7013 (JSR)
          Plaintiff,                    :
                                         **NOTICE OF DEFENDANT'S MOTION
   -against-                             TO DISMISS PLAINTIFF'S AMENDED**
                                        : **CLASS ACTION COMPLAINT**

PARIS BAGUETTE AMERICA, INC. d/b/a      :
Paris Baguette,
                                        :
          Defendant.
------------------------------------- X

PLEASE TAKE NOTICE that, upon the supporting Memorandum of Law, the Declaration of Bennet J. Moskowitz dated August 23, 2016, and all prior pleadings and proceedings in this action, defendant Paris Baguette America, Inc. d/b/a Paris Baguette ("Paris Baguette") will move this Court before the Hon. Jed S. Rakoff, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, for an Order: (i) dismissing, with prejudice, plaintiff Devorah Cruper-Weinmann's ("Plaintiff") Amended Class Action Complaint [Doc. 40]; and (ii) reinstating the Court's Order, entered in this action on June 30, 2014, granting Paris Baguette's Motion to Dismiss Plaintiff's original Complaint [Doc. 24], the Judgment entered in this action on June 30, 2014 [Doc. 25], and the Court's Order, entered in this action on September 3, 2014, denying Plaintiff's Motion for Reconsideration [Doc. 31]; together with such other and further relief as the Court deems just and proper.

Plaintiff's opposition papers are due on or before September 13, 2016.  Paris Baguette's reply papers are due on or before September 20, 2016.

-2-

Dated: New York, New York.
       August 23, 2016

By: */s/ Bennet J. Moskowitz*
    Joshua A. Berman
    Bennet J. Moskowitz
    TROUTMAN SANDERS LLP
    875 Third Avenue
    New York, New York 10022
    Phone: 212.704.6000
    Fax: 212.704.6288

    *Attorneys for Defendant Paris Baguette*
    *America, Inc. d/b/a Paris Baguette*

To (by ECF):

    Alan J. Harris
    Alan J. Harris, P.C
    427 Manville Rd.
    Pleasantville, NY 10570
    (914)-747-9393
    Fax: (914)-747-9394
    Email: alanharrisesq@aol.com

    Asher Hawkins
    Frank LLP
    275 Madison Avenue, Suite 705
    New York, NY 10016
    (646)-791-2485
    Fax: (212)-682-1892
    Email: ahawkins@frankllp.com

    Bridget Veronica Hamill
    Frank LLP
    275 Madison Avenue, Ste. 801
    New York, NY 10016
    (212) 682-1818
    Fax: (212) 682-1892
    Email: bhamill@frankllp.com
    ATTORNEY TO BE NOTICED

    Gregory Alan Frank
    Frank LLP

-3-

275 Madison Avenue, Ste. 801
New York, NY 10016
(212)-682-1818
Fax: (212)-682-1892
Email: gfrank@frankllp.com

Joseph Henry Lilly , III
Law Office of Joseph H. Lilly, III
60 East 42nd Street, Suite 1338
New York, NY 10165
212 687-6523
Fax: 212 687-6526
Email: joelilly@att.net

Khaled A. El Nabli
Nabli & Associates, P.C
60 East 42nd Street, Suite 1338
New York, NY 10165
(212)-808-0716
Fax: (212)-808-0719
Email: jim_elnabli@nablilaw.com

Marvin Lawrence Frank
Frank LLP
275 Madison Avenue, Ste. 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892
Email: mfrank@frankllp.com

Peter Y Lee
Lee LLC Dba Peter Y. Lee, Esq
305 Madison Ave
New York, NY 10165
(212)-808-0731
Fax: (212)-808-0719
Email: peter.lee@leeadvocates.com